UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANNON SELJTSCH,

    Plaintiff,

vs.

STATE OF NEVADA, dba INTERNAL AUDIT DIVISION, and DOES I-X,

    Defendants.

Case No. 3:09-cv-00429-RCJ-RAM

**ORDER FOR DISMISSAL WITH PREJUDICE**

The above-named parties, by and through their respective attorneys of record, hereby stipulate that the above-entitled matter shall be dismissed with prejudice, each party to bear her/its own attorneys fees and costs.

Dated this 3rd day of August, 2010.

*(signature)*

MARK MAUSERT, ESQ.
930 Evans Avenue
Reno, Nevada 89512
(775) 786-9658

*Attorney for Plaintiff*

Dated this 4th day of August, 2010.

*(signature)*

KATIE S. ARMSTRONG, ESQ.
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701

*Attorney for Defendant*

## ORDER

IT IS SO ORDERED that this matter shall be dismissed in its entirety with prejudice.

DATED: October 27, 2010.

_____
UNITED STATES DISTRICT JUDGE